IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | | |
|---|---|---|
| Odell Parker; Ruth Parker; Larry Southern; Lucille Southern; and Roy Southern, individually and on behalf of others similarly situated in the State of South Carolina, | ) ) ) ) | C.A. No. 0:11-cv-01800-JFA |
| Plaintiffs, | ) ) ) | **CONSENT ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |
| -vs- | ) ) | |
| Asbestos Processing, LLC; Richard H. Bishoff, PC; Richard H. Bishoff; and John Deakle, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court upon the Motion of the Defendants, by and with the consent of the Plaintiffs, pursuant to Rule 4 of the Federal Rules of Civil Procedure for an Order granting an extension of time to answer or otherwise plead on behalf of the Defendants.

Plaintiffs served Defendant Asbestos Processing, LLC on August 30, 2011 and filed a Notice of Filing Proof of Service on September 8, 2011. Service was perfected on Richard H. Bishoff, PC and Richard H. Bishoff on September 14, 2011. On that same day, Defendants signed a Waiver of Service of Summons granting sixty (60) days of time to answer or otherwise plead.

In an effort to conform the service dates and to provide Defendants adequate time to prepare their defenses, the parties have agreed to allow all Defendants an extension to answer on or before October 24, 2011.

THEREFORE, IT IS SO ORDERED that the Defendants have until October 24, 2011 to answer or otherwise plead in this matter.

IT IS SO ORDERED.

September 26, 2011                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                       United States District Judge


WE SO MOVE:


s/Kurt M. Rozelsky
Michael J. Giese (#2094)
Kurt M. Rozelsky (#6299)
Smith Moore Leatherwood LPP
300 East McBee Avenue, Suite 500 (29601)
Post Office Box 87
Greenville, SC 29602
(864) 242-6440
(864) 240-2475 (fax)
mike.giese@smithmoorelaw.com
kurt.rozelsky@smithmoorelaw.com
Attorneys for Defendants


I CONSENT:


s/Thomas A. Pendarvis
Thomas A. Pendarvis
Pendarvis Law Offices, P.C.
500 Carteret Street, Suite A
Beaufort, SC 29902-5066