IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

0:11-cv-01800-JFA

**ORDER OF PROTECTION FOR THOMAS A. PENDARVIS**

This matter comes before me upon motion of Thomas A. Pendarvis seeking protection during the period **August 10, 2012 through and including August 17, 2012**, as such protection may relate to any pending cases, including but not limited to the actions on the attachment hereto. It appearing that the grant of the requested protection is appropriate, and there being no objection from any counsel of record,

NOW, THEREFORE, IT IS ORDERED that Thomas A. Pendarvis is afforded protection during the period **August 10, 2012 through and including August 17, 2012** for these and all pending cases in US District Court, District of South Carolina, Rock Hill Division; and,

IT IS SO ORDERED.

_____
The Honorable Joseph F. Anderson, Jr.

Columbia, SC

April 13, 2012