IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Odell Parker; Ruth Parker; Larry Southern; Roy Southern; Yvonne Harris; and Barbara Patterson, individually and on behalf of others similarly situated in the State of South Carolina, <br><br> Plaintiffs, <br><br> v. <br><br> Asbestos Processing, LLC; Richard H. Bishoff, PC; Richard H. Bishoff; and John Deakle, <br><br> Defendants. | C.A. No. 0:11-cv-01800-JFA <br><br> ORDER |

In response to the letters filed by both sides regarding the scope of discovery during this initial discovery period, this court clarifies its December 1, 2011 and May 4, 2012 scheduling orders as follows:

- Plaintiffs may not seek discovery on the joint venture topic during this initial discovery period;

- If this litigation continues past the first round of dispositive motions, then Plaintiffs may seek discovery on the joint venture topic;

- As set forth in the May 4, 2012 scheduling order, the discovery deadline is July 3, 2012, and the dispositive motion deadline is July 17, 2012.

IT IS SO ORDERED.

June 27, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge