IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Odell Parker; Ruth Parker; Larry Southern; Roy Southern; Yvonne Harris; and Barbara Patterson, individually and on behalf of others similarly situated in the State of South Carolina, </br></br>    Plaintiffs, </br></br> v. </br></br> Asbestos Processing, LLC; Richard H. Bishoff, PC; Richard H. Bishoff; and John Deakle, </br></br>    Defendants. | C.A. No. 0:11-cv-01800-JFA </br></br> ORDER |

As announced by this court at the hearing on February 6, 2013, for good cause shown, this court hereby denies Defendants' Motion for Summary Judgment. (ECF No. 61). Additionally, this court affirms its earlier oral ruling sealing any reference to the income of the Defendants. As such, this court denies Plaintiffs' Motion to Unseal (ECF No. 90) and grants Defendants' motions related to sealing various documents and transcripts (ECF Nos. 96, 98, 99).

Defendants are directed to file unredacted copies of their Reply (ECF No. 95) and their Response in Opposition (ECF No. 97) using the event code Sealed Document. The parties should also file any exhibits that were submitted for in camera review in the same

manner. The parties are further directed to submit a proposed scheduling order to this court on or before February 13, 2013.

    IT IS SO ORDERED.

February 7, 2013                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                  United States District Judge