IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Odell Parker; Ruth Parker; Larry Southern; ) | C/A No. 0:11-1800-JFA |
| Roy Southern; Yvonne Harris; and Barbara ) | |
| Patterson, individually and on behalf of ) | |
| others similarly situated in the State of South ) | |
| Carolina, ) | |
| ) | ORDER |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Asbestos Processing, LLC; Richard H. ) | |
| Bishoff, PC; Richard H. Bishoff; John M. ) | |
| Deakle; John W. Barrett; Barrett Law Group, ) | |
| P.A.; A. Joel Bentley; A. Joel Bentley Law ) | |
| Office; Paul T. Benton; Charles G. Blackwell, ) | |
| Jr.; William R. Couch; Couch Law Firm; ) | |
| Patrick C. Malouf; Porter & Malouf, P.A.; ) | |
| Hammack, Barry, Thaggard & May, LLP; ) | |
| David O. McCormick; Cumbest Cumbest ) | |
| Hunter & McCormick; Crymes G. Pittman; ) | |
| Pittman, Germany, Roberts & Welsh, LLP; ) | |
| Anthony Sakalarios; Morris Sakalarios & ) | |
| Blackwell, PLLC; John Michael Simms; ) | |
| Eugene C. Tullos; Tullos & Tullos; Rance N. ) | |
| Ulmer; Lawyer John Joe; Lawyer Jane Doe. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Several of the new defendants in this case have filed motions to dismiss, and the

parties have briefed the issues. After reviewing the memoranda submitted, the court is of the

opinion that it would be best to allow a brief period of jurisdictional discovery before ruling

upon the individual motions. Accordingly, the court will allow the parties until January 30,

2014, to conduct discovery limited to the question of jurisdiction over the new defendants.

The parties may then, if they wish, submit supplemental memoranda on the issue by February

13, 2014, and the court will hold a hearing on all motions at 10 a.m. on February 18, 2014.

    IT IS SO ORDERED.

November 19, 2013           Joseph F. Anderson, Jr.
Columbia, South Carolina       United States District Judge