IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Odell Parker; Ruth Parker; Larry Southern; Roy Southern; Yvonne Harris; and Barbara Patterson, individually and on behalf of others similarly situated in the State of South Carolina,<br><br>        Plaintiffs,<br><br>v.<br><br>Asbestos Processing, LLC; Richard H. Bishoff, PC; Richard H. Bishoff; John M. Deakle; John W. Barrett; Barrett Law Group, P.A.; A. Joel Bentley; A. Joel Bentley Law Office; Paul T. Benton; Charles G. Blackwell, Jr.; William R. Couch; Couch Law Firm; Patrick C. Malouf; Porter & Malouf, P.A.; Hammack, Barry, Thaggard & May, LLP; David O. McCormick; Cumbest Cumbest Hunter & McCormick; Crymes G. Pittman; Pittman, Germany, Roberts & Welsh, LLP; Anthony Sakalarios; Morris Sakalarios & Blackwell, PLLC; John Michael Simms; Eugene C. Tullos; Tullos & Tullos; Rance N. Ulmer; Lawyer John Joe; Lawyer Jane Doe.<br><br>        Defendants. | C/A No. 0:11-1800-JFA<br><br><br><br>ORDER |

  Several of the new defendants in this case have filed motions to dismiss, and the parties have briefed the issues. After reviewing the memoranda submitted, the court is of the opinion that it would be best to allow a brief period of jurisdictional discovery before ruling upon the individual motions. Accordingly, the court will allow the parties until January 30,

1

2014, to conduct discovery limited to the question of jurisdiction over the new defendants. The parties may then, if they wish, submit supplemental memoranda on the issue by February 13, 2014, and the court will hold a hearing on all motions at 10 a.m. on February 18, 2014.

IT IS SO ORDERED.

November 19, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge