# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Odell Parker; Ruth Parker; Larry Southern; Roy Southern; Yvonne Harris; and Barbara Patterson, individually and on behalf of others similarly situated in the State of South Carolina,<br><br>Plaintiffs,<br><br>vs.<br><br>Asbestos Processing, LLC; Richard H. Bishoff, PC; Richard H. Bishoff; John M. Deakle; A. Joel Bentley; A. Joel Bentley Law Office; William R. Couch; Couch Law Firm; David O. McCormick; Cumbest, Cumbest, Hunter & McCormick; Crymes G. Pittman; Pittman, Germany, Roberts & Welsh, LLP; John Michael Simms; and Lawyer John Doe and Jane Doe,<br><br>Defendants. | Civil Action No. 0:11-cv-1800-JFA<br><br>**ORDER** |

This matter comes before the court on Defendants' Joint Motion to Hold Plaintiffs' Motion for Partial Summary Judgment in Abeyance and Stay the Deadline for Response to the Same. Specifically, the Defendants seek to have the court hold in abeyance Plaintiffs' Motion for Partial Summary Judgment (ECF No. 334) and stay the deadline for their response to Plaintiffs' Motion until discovery is complete.

The court hereby grants Defendants' motion and holds in abeyance the Plaintiff's Motion for Partial Summary Judgment and stays the deadline for Defendants' response until discovery is complete.

IT IS SO ORDERED.

September 9, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge