# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Odell Parker; Ruth Parker; Larry Southern; Roy Southern; Yvonne Harris; and Barbara Patterson, individually and on behalf of others similarly situated in the State of South Carolina,<br><br>Plaintiffs,<br><br>vs.<br><br>Asbestos Processing, LLC; Richard H. Bishoff, PC; Richard H. Bishoff; John M. Deakle; A. Joel Bentley; A. Joel Bentley Law Office; William R. Couch; Couch Law Firm; David O. McCormick; Cumbest, Cumbest, Hunter & McCormick; Crymes G. Pittman; Pittman, Germany, Roberts & Welsh, LLP; John Michael Simms; and Lawyer John Doe and Jane Doe,<br><br>Defendants. | Civil Action No. 0:11-cv-1800-JFA<br><br><br>**ORDER** |

In order to rule on the *Plaintiffs' Motion to Quash Couch Defendants' Deposition Notices and Subpoenas to Certain of Plaintiffs' Trial Counsel*, ECF No. 306, the Court requests additional information from Plaintiffs' counsel. The Court hereby directs Brent P. Stewart, Esq. and Ann McCrowey Mickle, Esq. to submit *ex parte* for *in camera* review[1] affidavits providing the following information as to the six named Plaintiffs:

1. Did you consult with any of the named Plaintiffs prior to that Plaintiff settling his or her asbestos tort claim? If so, provide the name of the Plaintiff, and the date(s) of consultation.

2. Without divulging the advice, did you provide any advice regarding workers' compensation to any of the named Plaintiffs prior to that Plaintiff settling his or her

---

[1] Counsel should submit the affidavits via email directly to chambers rather than file with the clerk.

asbestos tort claim? If so, provide the name of the Plaintiff, and the date(s) of advice.

The Court requests that the affidavits be submitted by 12:00 P.M. on January 9, 2015.

IT IS SO ORDERED.

January 8, 2015  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge