IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Odell Parker; Ruth Parker; Larry Southern; Roy Southern; Yvonne Harris; and Barbara Patterson, individually and on behalf of others similarly situated in the State of South Carolina,<br><br>Plaintiffs,<br><br>vs.<br><br>Asbestos Processing, LLC; Richard H. Bishoff, PC; Richard H. Bishoff; John M. Deakle; A. Joel Bentley; A. Joel Bentley Law Office; William R. Couch; Couch Law Firm; David O. McCormick; Cumbest, Cumbest, Hunter & McCormick; Crymes G. Pittman; Pittman, Germany, Roberts & Welsh, LLP; John Michael Simms; and Lawyer John Doe and Jane Doe,<br><br>Defendants. | Civil Action No. 0:11-cv-1800-JFA<br><br>**ORDER** |

This matter is before the Court on *Plaintiffs' Motion to Quash Couch Defendants' Deposition Notices and Subpoenas to Certain of Plaintiffs' Trial Counsel*, ECF No. 306. In order to help rule on the Motion, on January 8, 2015, this Court ordered Brent P. Stewart, Esq. and Ann McCrowey Mickle, Esq., counsel of record in the present action, to submit *ex parte* for *in camera* review affidavits answering two questions proffered by the Court. Based on the responses provided by Stewart and Mickle, the Court holds that the subpoenas served upon, and depositions noticed to, Stewart and Mickle would serve no useful purpose in the present controversy. Therefore, the Court grants *Plaintiffs' Motion to Quash Couch Defendants' Deposition Notices and Subpoenas to Certain of Plaintiffs' Trial Counsel*, ECF No. 306.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 12, 2015  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge